IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTINE TAYLOR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BERKS, et al., | : | No. 02-2659 |
| Defendants. | : | |

## ORDER

**AND NOW**, this    day of **November, 2002**, it is hereby **ORDERED** that:

(1) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is directed to refile her complaint and make service within thirty (30) days.

(2) Defendant Commonwealth of Pennsylvania Bureau of Narcotics Investigation and Drug Control's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (document no. 10) is **DENIED** as moot.

(3) Defendant Chief William Heim, the City of Reading's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(5), 12(b)(6), or alternatively, 12(e) (document no. 12) is **DENIED** as moot.

BY THE COURT:

_____
**Berle M. Schiller, J.**