IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTINE TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COUNTY OF BERKS, ET AL. | : | NO. 02-CV-2659 |

ORDER

**AND NOW**, this      day of December, 2002, upon consideration of plaintiff's motion to proceed *in forma pauperis*, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**.

The United States Marshal for the Eastern District of Pennsylvania shall serve the complaint and summons on all defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court shall assign a new docket number to this case and transfer Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Document No. 14) filed under civil action number 02-cv-2659, to the newly assigned docket number.

In addition, the Clerk is directed to mail copies of the Civil Cover Sheet, Designation Form, and Case Management Designation Form under the **new** docket number to

Plaintiff's Counsel of record. Counsel shall complete said forms and return them to Michael E. Kunz, Clerk of Court, U.S. District Court, Eastern District of Pennsylvania, 601 Market Street, 2609 U.S. Courthouse, Philadelphia, PA 19106-1797.

BY THE COURT:

_____
Berle M. Schiller, J.